**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-02806-BNB

MAURICE LAJUAN THOMPSON,

    Applicant,

v.

RICHARD GURLEY,

    Respondent.

---

**MINUTE ORDER**

---

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Pursuant to the October 15, 2014 Order to Cure Deficiencies, Applicant submitted his 28 U.S.C. § 2241 application on the Court-approved form and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Applicant has used the wrong § 1915 form and failed to submit a <u>current</u> copy of his inmate account statement.

    The Court will provide Applicant with one last opportunity to comply with the October 15 Order. Applicant shall have **thirty days from the date of this Minute Order** to provide to the Court a completed <u>Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action</u> and a certified copy of his <u>current</u> inmate account statement. If Applicant fails to comply within the time allowed the Court will dismiss this action without further notice.

Dated: October 29, 2014